UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEYYED HOSSEIN HOSSEINI (5),<br>ALEXANDER DMITRIENKO (6),<br>AURANGZEB AYUB (10),<br>EDWIN HARMENDRA KUMAR (14),<br>  aka Edwin Harmendra Valentine,<br>MIWAND ZAKHIMI (16),<br>  aka Maiwand Zakhimi,<br>OSEMAH ELHASSEN (17),<br><br>Defendants. | Case No.: 21-CR-1623-JLS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO SEAL HEARING IN PART AND REDACT TRANSCRIPT IN PART** |

The United States has moved for an order sealing in part, and redacting in part the transcript of, the April 10, 2024 motion hearing in this case, which has been ordered sealed until May 15, 2024, pending a further motion to seal by the United States, Dkt. 283. Based on the government's motion, and good cause appearing, the United States' motion is hereby GRANTED and IT IS HEREBY ORDERED that the transcript of the April 10, 2024 hearing shall be and remain sealed in part, such that the name of the country stated during the hearing shall remain sealed, and the name of the country shall be and remain redacted in any publicly-available transcript. In accordance with the Court's prior order, Dkt. 283, counsel of record (for any defendant in this case currently before the Court or who is before the

1 Court in the future) may be provided with the unredacted transcript by the court reporter, so
2 long as that transcript is not distributed or otherwise made available other than to the parties
3 and counsel, and is subject to the Second Protective Order (Dkt. 193) so that it is not
4 otherwise disclosed publicly or to third parties, and if any defense counsel withdraws or is
5 disqualified from participation in the case, any copy of the unredacted transcript is returned
6 or destroyed within 10 days of such withdrawal or replacement.

   IT IS SO ORDERED.
Dated: May 13, 2024

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge