TARA K. McGRATH
United States Attorney
JOSHUA C. MELLOR
California Bar No. 255870
MIKAELA L. WEBER
California Bar No. 279391
PETER S. HORN
California Bar No. 321358
New York Bar No. 5333653
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: 619-546-9733/9734/6795
joshua.mellor@usdoj.gov
mikaela.weber@usdoj.gov
peter.horn@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-1623-JLS |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| SEYYED HOSSEIN HOSSEINI (5), ALEXANDER DMITRIENKO (6), AURANGZEB AYUB (10), DRAGAN NIKITOVIC (12), aka Dr. Djek, MIWAND ZAKHIMI (16), aka Maiwand Zakhimi, | Honorable Janis L. Sammartino |
| Defendants. | |

The United States files this status report to update the Court on the parties' proposed briefing timeline for the August 29, 2024 motion hearing. At the May 3, 2024 status hearing, the Court ordered that all motions must be fully briefed by August 8, 2024. Dkt. 281. Since

then, the government has contacted and conferred with defense counsel for all of the above-listed defendants regarding the briefing schedule, and the following has been confirmed with all defense counsel (other than counsel for Ayub):[1]

Thursday, July 11:      Substantive motions to be filed.

Thursday, August 1:      Responses to be filed.

Thursday, August 8:      Replies, if any, to be filed.

The parties therefore will be briefing motions for the August 29, 2024 motion hearing in accordance with this schedule.

DATED:     June 14, 2024      Respectfully submitted,

TARA K. McGRATH
United States Attorney

*s/Peter S. Horn*
JOSHUA C. MELLOR
MIKAELA L. WEBER
PETER S. HORN
Assistant U.S. Attorneys
Attorneys for the United States

---

[1] Ayub's counsel has not yet responded to the dates proposed by the government, but there is also no indication that Ayub or his counsel is not in agreement with this timeline.

*21-CR-1623-JLS*