**Patrick M. Griffin [SBN 276171]**
Griffin Law Office, APC
1350 Columbia St., Suite 401
San Diego, CA 92101
Telephone: (619) 269-2131
Fax: (619) 344-0041
Patrick@griffinlawoffice.com

Attorney for Defendant
ALEXANDER DMITRIENKO

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER DMITRIENKO,<br><br>Defendant. | Case No: 21-CR-1623-JLS<br><br>**NOTICE AND MOTION FOR JOINDER IN CO-DEFENDANTS' MOTIONS** |

TO: TARA K. MCGRATH, UNITED STATES ATTORNEY, AND MIKAELA WEBER, JOSHUA MELLOR, AND PETER HORN, ASSISTANT UNITED STATES ATTORNEYS:

Defendant, Alexander Dmitrienko, through counsel, hereby moves the Court to join in the following co-defendants' motions:

| Docket No. | Filing Date | Filer | Name of Motion |
|---|---|---|---|
| 319 | 07/11/2024 | Seyyed Hossein Hosseini | Motion to Dismiss Count One of the Superseding Indictment |
| 321 | 07/11/2024 | Aurangzeb Ayub | Motion to Dismiss Indictment for Improper Venue |

Dated: August 9, 2024          */s/Patrick M. Griffin*
                              PATRICK M. GRIFFIN
                              Attorney for Defendant
                              ALEXANDER DMITRIENKO

1

21-CR-1623-JLS