TARA K. MCGRATH
United States Attorney
JOSHUA C. MELLOR
California Bar No. 255870
MIKAELA L. WEBER
California Bar No. 279391
PETER S. HORN
California Bar No. 321358
New York Bar No. 5333653
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: 619-546-9733/9734/6795
joshua.mellor@usdoj.gov
mikaela.weber@usdoj.gov
peter.horn@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEYYED HOSSEIN HOSSEINI (5),<br>ALEXANDER DMITRIENKO (6),<br>AURANGZEB AYUB (10),<br>SHANE NGAKURU (13),<br><br>Defendants. | Case No.: 21-CR-1623-JLS<br><br>**STATUS REPORT**<br><br>Date: October 18, 2024<br>Time: 10:30 a.m.<br>Courtroom: 4D<br>Honorable Janis L. Sammartino |

The United States files this status report to update the Court on the results of the parties' meet-and-confer telephone call in advance of the status hearing scheduled for October 18, 2024.

On October 16, 2024, the parties met and conferred regarding a proposed trial schedule in this case. The parties were unable to reach an agreement on a proposed trial date and schedule, and are therefore proposing different trial schedules, as detailed below.

*Defendants' Positions*

**Counsel for Dmitrienko, Hosseini, and Ngakuru**: During a telephone call on October 16, 2024, counsel for Dmitrienko, Hosseini, and Ngakuru indicated that they will seek a January 6, 2025 trial date. In an email to the parties on October 17, 2024, counsel for Hosseini proposed the following trial schedule:

| | |
|---|---|
| All Non-Motions In Limine Due: | October 21, 2024 |
| Case-in-Chief Expert Notice Due: | October 28, 2024 |
| Motions In Limine Due: | November 11, 2024 |
| Rebuttal Expert Testimony Due: | November 25, 2024 |
| Replies to Motions in Limine Due: | November 25, 2024 |
| Motions In Limine Hearing:[1] | December 13, 2024 |
| Jury Trial: | January 6, 2025 |

**Counsel for Ayub**: In an email to the parties on October 15, 2024, counsel for Ayub indicated that she just got appointed to a multi-defendant money-laundering case in federal court starting on January 7, 2025, that may last 3-4 weeks. She stated that she would prefer not to be set back-to-back in February for substantive hearing dates or trial dates in an abundance of caution. She further stated that March, April, and May are currently clear for her.

*United States' Position*

In light of the fact that not all counsel are available in January, the Government's need for time to review and respond to the new discovery requests,[2] and in consideration

---

[1] Pending Court availability.

[2] On October 15, 2024, counsel for Dmitrienko made a number of new discovery requests that the Government will need time to review and respond to.

of the Government's availability, the Government proposes the following trial schedule:

| | |
|---|---|
| Expert Disclosures Due: | January 6, 2025 |
| MILs Deadline: | January 13, 2025 |
| Response MILs Deadline: | January 27, 2025 |
| MILs Hearing: | February 17, 2025 |
| Trial: | March 10, 2025 |

DATED:     October 16, 2024          Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*s/ Mikaela L. Weber*
JOSHUA C. MELLOR
MIKAELA L. WEBER
PETER S. HORN
Assistant U.S. Attorneys
Attorneys for the United States