# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>**Alexander Dmitrienko,**<br><br>Defendant. | Criminal Case No. **21-cr-01623-JLS-6**<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Superseding Indictment .

Dated:  February 24, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21-cr-01623-JLS-6